# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **LEVI G. GREENUP** | **CIVIL ACTION NO. 18-1659** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ELIZABETH E. FOOTE** |
| **JAMES LEBLANC, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that that the following claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted: (i) that some conditions of confinement violate Plaintiff's privacy; (ii) that DWCC lacks a sprinkler system; (iii) that the bathrooms lack barriers or partitions between the toilets and showers and that a window in the bathroom allows female and male guards to view the showers; (iv) Plaintiff's request for monetary relief against Defendant LeBlanc in LeBlanc's official capacity; (v) Plaintiff's request for a transfer; (vi) that Defendants Evans and Cotrell failed to protect Plaintiff from a "predatory prisoner" who was "shower stalking" him; (vii) that Defendants Evans and Cotrell threatened Plaintiff; (viii) that Defendant Kennedy did not relay Plaintiff's report of sexual abuse, that Defendant Rachel denied his administrative remedy request, and that Defendant Cotrell failed to conduct an unbiased Prison Rape Elimination Act investigation; (ix) that Defendant Rachel falsified an investigative report and that Defendants

John Does, Rachel, Stamper, Hatter, Norris, Coleman, Kimberlyn, Natalie, Ford, and Sepulvado lied in a report; and (x) that Defendant Mays enabled sexual assaults.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the following defendants are **DISMISSED**: Colonel Mays, Captain Kennedy, Lieutenant Stamper, Lieutenant Hatter, Sergeant Norris, Sergeant Coleman, Sergeant Kimberlyn, Sergeant Natalie, Sergeant Ford, and Sergeant Sepulvado.

SHREVEPORT, LOUISIANA, this _____ day of October, 2019.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE