UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **LEVI G GREENUP #569616** | **CASE NO. 5:18-CV-01659 SEC P** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **JAMES LEBLANC ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted,

IT IS ORDERED that Lieutenant Rachel and Sergeant Bass's motion to dismiss [doc. # 45] is DENIED. IT IS FURTHER ORDERED that the defendants provide the full names of Lieutenant Rachel and Sergeant Bass within 7 days of the date of this order.

The plaintiff is hereby granted an extension of sixty days to serve the above-referenced defendants.

THUS DONE AND SIGNED this 24th day of September, 2020, in Shreveport, Louisiana.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE