UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LEVI G. GREENUP #569616 | CIVIL ACTION NO. 18-1659 SEC P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES LEBLANC, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the instant suit be and is hereby **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that all pending motions in this matter are **DENIED AS MOOT**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** this 7th day of September, 2021.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE